FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 22 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROMEL HIGHTOWER,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HALAL COMPANY, INC.,<br><br>    Defendant. | Civil Action No. 18 CV 01293 (KAM) (SMG)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), plaintiff hereby gives notice that the above-captioned Action is voluntarily dismissed against Defendant, with prejudice.

DATED: June 20, 2018        SHEEHAN & ASSOCIATES, P.C.

                                    By: /s/ Spencer Sheehan
                                        Spencer Sheehan
                                        EDNY Bar Number 85-8533

                                        891 Northern Boulevard, Suite 201
                                        Great Neck, New York 11021
                                        Tel: (516) 303-0552
                                        Fax: (516) 234-7800
                                        spencer@spencersheehan.com

                                        *Attorney for Plaintiff Romel Hightower*

So Ordered: /s/ USDJ KIYO A. MATSUMOTO
**Kiyo A. Matsumoto**
U.S. District Judge
June 20, 2018

3033400.1